**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FILED
JAN 10 2025
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY: _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case Number 3:25-mj-00004-CLB |
| ) | |
| vs. ) | |
| ) | **ORDER APPOINTING COUNSEL** |
| TYLER MONSON, ) | |
| ) | |
| Defendant. ) | |

The individual named below, having testified under oath or having otherwise satisfied this Court that he/she: (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore,

**IT IS ORDERED** that the Federal Public Defender for the District of Nevada is hereby appointed to represent the Defendant.

**IT IS FURTHER ORDERED** that the Clerk issue subpoenas upon oral request and submission of prepared subpoenas by the attorneys of the Office of the Federal Public Defender, unless said subpoenas are to be served outside the State of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

1

ORDER APPOINTING COUNSEL

**IT IS FURTHER ORDERED** that if counsel for the individual desires subpoenas to be served outside the State of Nevada, further application pursuant to Federal Rules of Criminal Procedure 17(b) shall be made to the Court, before the issuance of said subpoenas.

Dated this 10th day of January 2025.

_____
Carla Baldwin, U.S. Magistrate Judge