FILED
JAN 10 2025
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY:_____ Deputy

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA      :

  VS.                         : Crim. No. 3:25-mj-4

___Tyler Monson___
  Defendant                   :

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with any local, state or federal government or its agents. I will not waive any of my constitutional rights except in the presence of counsel, and I do not want any local, state or federal government or its agents to contact me seeking my waiver of any rights unless my counsel is present.

X _____
(Defendant's signature)

___Kate Berry___  200 S. Virginia Street, Ste 340 Reno, NV  89501
(Attorney's name/address)

_____
(Attorney's signature)

Date: 1/10/2025         Time: 11:00  (a.m.) / p.m.