AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) |
|---|---|
| v. | ) |
| TYLER MONSON | ) Case No. 3:25-mj-00004-CLB |
| | ) |
| | ) |
| | ) |
| Defendant | |

*Filed ... Received ... Entered ... ived On*
*JAN 2 3 2025*
*District of Nevada*
*By: _____ Deputy*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     TYLER MONSON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2423(a)-Transportation of a Minor with the Intent to Engage in Criminal Sexual Activity

Date: 01/08/2025

*Issuing officer's signature*

City and state:   Reno, Nevada

Hon. Carla L. Baldwin, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/10/2025, and the person was arrested on *(date)* 1/2/2025
at *(city and state)* Elko, NV

Date: 1/10/2025

*Arresting officer's signature*

Nick Gruebel #1787    TFO
*Printed name and title*